

# COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| AMERICAN SURETY CO. | | No. 08-15-00260-CV |
| (AGENT ANTONIO MUNOZ, JR., | § | |
| D/B/A BORDERLAND BAIL BONDS), | | Appeal from |
| | § | |
| Appellant, | | 243rd District Court |
| | § | |
| v. | | of El Paso County, Texas |
| | § | |
| THE STATE OF TEXAS, | | (TC # 2015DBF0007) |
| | § | |
| Appellee. | | |

## MEMORANDUM OPINION

Pending before the Court is a joint motion filed by the parties to vacate the trial court's final order on judgment nisi and render judgment in accordance with the terms of the settlement agreement. *See* TEX.R.APP.P. 42.1(a)(2)(A). The motion is granted. Accordingly, we vacate the final order on judgment nisi entered by the trial court on June 25, 2015, and we render judgment against Appellant, American Surety Co. (Agent Antonio Munoz, Jr., d/b/a Borderland Bail Bonds) in the total amount of $522.79, which includes court costs in the amount of $365.00, interest on the bond in the amount of $35.07, attorney's fees in the amount of $114.38, and staff time in the amount of $8.34.

September 23, 2015

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.